■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY CASTELLANO, Appellant. [822 NYS2d 474]—Judgment, Supreme Court, New York County (Rena K. Uviller, J.), rendered on or about April 28, 2004, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Saxe, Friedman, Sullivan and McGuire, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL DIAZ, Appellant. [821 NYS2d 756]—Judgment, Supreme Court, Bronx County (William Mogulescu, J.), rendered June 1, 2004, convicting defendant, upon his plea of guilty, of assault in the first degree and sentencing him to a term of five years, unanimously affirmed.

The court properly exercised its discretion in denying defendant youthful offender treatment (*see People v Drayton*, 39 NY2d 580 [1976]), in view of the seriousness of this extremely violent crime, as well as defendant's prior juvenile record. Concur—Tom, J.P., Saxe, Friedman, Sullivan and McGuire, JJ.